UNITED STATES of America,
Plaintiff–Appellee

v.

Rene ZETINA–MENDEZ,
Defendant–Appellant.

No. 11–11189.

United States Court of Appeals,
Fifth Circuit.

Nov. 27, 2012.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern Dis-

---

trict of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before JOLLY, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rene Zetina–Mendez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Zetina–Mendez was advised of the motion but did not file a response. Our independent review of the brief and record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this case, and the appeal is DISMISSED. *See* 5th Cir. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.